UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM QUINCY JONES,<br><br>Plaintiff<br><br>v.<br><br>CYNTHIA ENTZEL, ET AL.,<br><br>Defendants. | Case No. 2:16-cv-08777-FMO (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1) Plaintiff's claims against Defendants in their official capacities are dismissed with prejudice;

(2) Plaintiff is granted leave to file a First Amended Complaint consistent with the Report and Recommendation within 30 days of this Order;

(3) Plaintiff's Motion for Injunctive Relief [Dkt. 2] is DENIED; and

(4) Plaintiff's Writ of Mandamus [Dkt. 10] is DENIED.

**IT IS SO ORDERED.**

DATE: May 22, 2017 _____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE