# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ADAM QUINCY JONES, | Case No. 2:16-cv-08777-FMO (SHK) |
|---|---|
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| R. GROVE, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the parties' briefings on the Motion for Summary Judgment ("MSJ"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge ("R&R"). The Court has engaged in de novo review of those portions of the R&R to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' MSJ be granted and that Judgment be entered dismissing this action without prejudice.

Dated: August 29, 2019

/s/
HONORABLE FERNANDO M. OLGUIN
United States District Judge