JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM QUINCY JONES, <br><br> Plaintiff, <br><br> v. <br><br> R. GROVE, et al., <br><br> Defendants. | Case No. 2:16-cv-08777-FMO (SHK) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: August 29, 2019

/s/
HONORABLE FERNANDO M. OLGUIN
United States District Judge